# MINUTE ORDER

Page 13

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3        Date: 08/05/14   Time: 1:30 p.m.

Defendant: 3) CHRISTOPHER ENGROBA    J#: 06575-104   Case #: 14-20550-CR-ALTONAGA SEALED
AUSA: Sharad McTunj (?)    Attorney: Anthony Genova — perm
Violation: CONSPIRACY TO DISTRIBUTE TESTOSTERONE
Proceeding: Initial Appearance        CJA Appt: _____
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: $50k CSB Nebbia
Bond Set at: Stip $50k CSB Nebbia    Co-signed by: Mother By Friday 8/8

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as (directed)/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [ ] Other: ___

Language: English

Disposition:
Perm App
Stip Bond
LOUAT adopts
Case Unsealed

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~

**NEXT COURT APPEARANCE**  Date:   Time:   Judge:   Place:
Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___
D.A.R. 14:59:33       Time in Court: 12 mins

s/ JONATHAN GOODMAN        Magistrate Judge