UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20550-CR-ALTONAGA

United States of America,
    Plaintiff,

LANGUAGE: *English*

USM Number: *06575-104*

3)CHRISTOPHER ENGROBA,
    Defendant.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Jonathan Goodman on 08/05/14, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENSE COUNSEL: *Anthony Genova*

BOND SET: *$50K CSB Nebbia*

Dated: 08/05/14

                           STEVE LARIMORE
                           CLERK OF COURT

                           By: Deputy Clerk