# U.S. Southern District Court of Florida

United States      Magistrate Case # 14-20550-CR-ALTONAGA
Vs.

Christopher Engroba

## Stipulation of Bond Nebbia Requirements as to a $50,000.00 Corporate Surety Bond

Whereas' it is has been agreed by the Defendant's counsel and the Government that the collateral and premium source of the corporate surety bond of $50,000.00 has been sufficiently proved to the Government's satisfaction and that the *Nebbia* requirement set by this court has been satisfied, both parties pray that this court accept the agreed bond stipulation and that the bond be posted with the clerk of the court.

Attorney: Anthony Genova
Bar ID#637130

for AUSA: Sharad Motiani
Bar ID # 711233
8/6/14

Order accepting defense and AUSA stipulation of Nebbia requirements this day _____ 2014 by;

_____

**U.S. Magistrate: Jonathan Goodman**