UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20550-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

CHRISTOPHER BENJAMIN ENGROBA,

      Defendant.
_____/

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States and Defendant Christopher Benjamin Engroba ("ENGROBA") agree that had this matter proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

1. From March 2011 through August 2013, ENGROBA worked as a deliveryman for co-defendant, Jorge Augustine Velazquez, a/k/a "Ugi" ("Velazquez") who was a black-market source of supply of testosterone. ENGROBA delivered various types of substances for Velazquez, which included testosterone. Specifically from March 2011 through January 2013, ENGROBA, on behalf of Velazquez, would deliver vials of testosterone to Anthony Publio Bosch ("Bosch") and Carlos Javier Acevedo ("Acevedo"). Orders for testosterone were placed via telephone calls and/or text messages by Bosch and Acevedo to Velazquez, and delivered by ENGROBA or Velazquez. Once the vials of testosterone were delivered, an inventory of the items delivered was conducted in the presence of ENGROBA. At times, the vials of testosterone did not have the name of a pharmacy on the label; on other occasions the name of the drug was on the label, but not a pharmacy's name. There were also instances when the vials of testosterone were delivered and had no label at all. Once the delivery was accounted for, ENGROBA received a check payable to

CBE

"Boca Body," which was an anti-ageing clinic owned and operated by Velazquez.

2. On August 5, 2014, Drug Enforcement Administration ("DEA") agents executed a federal arrest warrant at ENGROBA's residence. Before being read his *Miranda* warnings, ENGROBA spontaneously stated that he was aware that what he and Velazquez were doing was illegal. ENGROBA was advised of his *Miranda* warnings in writing and agreed to speak to law enforcement without an attorney present. ENGROBA advised that he worked as a deliveryman for Velazquez, and would delivery vials of testosterone to Bosch and Acevedo. ENGROBA advised that Velazquez sold approximately forty (40) to one hundred (100) vials of testosterone a week at approximately $100 dollars per bottle. ENGROBA advised that Velazquez acquired and sold all the vials of testosterone. ENGROBA stated that Velazquez stored the substances at his residence, at his clinic, Boca Body, located on Bird Road, in Coral Gables, Florida, and possibly some other location ENGROBA was unaware of.

3. ENGROBA advised that when an order was placed, Velazquez would tell ENGROBA to get the order ready. ENGROBA would go to Velazquez's residence and place labels on various vials of medication, which included testosterone. ENGROBA advised that he would apply a label with the name, "Pharma-Pro," to the vials of testosterone and other medications.

4.  Furthermore, ENGROBA confessed to delivering testosterone to a confidential source and undercover agent on August 6, 2013.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 9/23/14          By: _____
                            SHARAD A. MOTIANI
                            ASSISTANT UNITED STATES ATTORNEY

Date: 9/10/14          By: _____
                            ANTHONY MEEHAN GENOVA
                            ATTORNEY FOR DEFENDANT

Date: 9/10/14          By: _____
                            CHRISTOPHER BENJAMIN ENGROBA
                            DEFENDANT

3